# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANES SALEH
Reg. #40403-013                                                         PETITIONER

v.                          No. 2:17-cv-185-DPM

GENE BEASLEY,
Warden, Forrest City Low                                               RESPONDENT

## ORDER

Unopposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). There was some evidence that Saleh possessed the peanut butter jar and the vial of injectable steroids it concealed; and that is all due process required in the circumstances. Saleh's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2018