IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANES SALEH
Reg. #40403-013                                                    PETITIONER

v.                          No. 2:17-cv-185-DPM

GENE BEASLEY,
Warden, Forrest City Low                                           RESPONDENT

## JUDGMENT

Saleh's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 March 2018