# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

ANES SALEH
Reg. #40403-013                                                    PETITIONER

v.                                  No. 2:17-cv-185-DPM

GENE BEASLEY,
**Warden, Forrest City Low**                                        RESPONDENT

## ORDER

On *de novo* review, the Court overrules Saleh's belated objections, № 12. FED. R. CIV. P. 72(b)(3). Though Saleh takes issue with the evidence and its reliability, there was nonetheless some evidence that Saleh possessed the vial and that it contained contraband. The Court therefore stands by its 27 March 2018 Order and Judgment, № 10 & 11.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 April 2018